IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DONGGUAN AERDU TECHNOLOGY CO., LTD., et al.,<br><br>　　　　　Defendants. | No. 24-cv-07244<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Maria Valdez |

**DEFAULT JUDGMENT ORDER**

　　　　This action having been commenced by Plaintiff Dyson Technology Limited ("Plaintiff" or "Dyson") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A which have not yet been dismissed from this case (collectively, the "Defaulting Defendants");

　　　　This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases; offer shipping to the United States, including Illinois; accept payment in U.S. dollars and/or funds from U.S. bank accounts; and have sold the same product shown in Exhibit 1 to the Complaint [3], that infringes Plaintiff's U.S. Patent No. D710,299 (the "Infringing Product"). Plaintiff's U.S. Patent No. D710,299 (the "Dyson Design") is shown in the below chart.

| Patent Number | Claim | Issue Date |
|---|---|---|
| D710,299 | FIG. 1 | August 5, 2014 |

| Patent Number | Claim | Issue Date |
|---|---|---|
| | FIG. 2<br><br>FIG. 3 | |

| Patent Number | Claim | Issue Date |
|---|---|---|
| | FIG. 4<br><br>FIG. 5 | |

| Patent Number | Claim | Issue Date |
|---|---|---|
| |  FIG. 6<br><br>FIG. 7 | |

This Court further finds that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with them be permanently enjoined and restrained from:

    a. offering for sale, selling, and importing Infringing Product;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in offering for sale, selling, and importing the Infringing Product; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), Alipay, AliExpress, Alibaba Group Holding Ltd., and Alibaba.com Singapore E-Commerce Private Limited (collectively "Alibaba"), Amazon.com, Inc. ("Amazon"), Wish US Holdings LLC ("Wish.com"), Walmart Inc ("Walmart"), Etsy, Inc. ("Etsy"), WhaleCo, Inc. ("Temu"), ByteDance Ltd., TikTok Ltd., TikTok Inc., and TikTok LLC (collectively "TikTok"), and DHgate.com ("DHgate") (collectively, the "Third Party Providers"), shall within seven (7) calendar days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of the Infringing Product.

3. Pursuant to 35 U.S.C. § 289, Plaintiff is awarded profits from each of the Defaulting Defendants for the sale of the Infringing Product sold through at least the Defaulting Defendants' Seller Aliases according to the below chart:

| Defendant | Profits Award |
|---|---|
| Dongguan Aerdu Technology Co., Ltd. | $250 |
| Shenzhen Baiterui Electronics Co., Ltd. | $250 |
| Shenzhen Battery Technology Co., Ltd. | $18,828 |
| Shenzhen Biterson Electronics Co., Ltd. | $250 |
| A+power | $446,358 |
| CS Battery | $461 |
| GUIKE US | $99,324 |
| HiHouse | $27,907 |
| jtldc | $250 |
| LCShhop | $21,438 |
| Visit the Xinyimei Store | $250 |
| XIangYuan | $1,032,268 |
| Xovkoues | $250 |
| zhazhao46 | $30,619 |
| ZPL Direct | $66,720 |
| Batter Battery1 | $250 |
| Batteries Live | $250 |
| cool-battery-parts | $250 |
| goovho_big | $250 |
| techsolution81 | $874 |
| Tuoffuy2075 | $250 |
| vanyum_star2021 | $250 |
| Bangmi Technology Co. ltd | $250 |
| Ruiqize | $342 |

4. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, DHgate, Walmart, Etsy, Temu, TikTok, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, TikTok, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified profit award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified amount of the profit award in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, TikTok, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified profits, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, TikTok, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, TikTok, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, Etsy, Temu, TikTok, and Amazon Pay, shall within seven (7) calendar days:

    a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Giles Samuel Lane, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies, up to the above identified profit award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified profits within seven (7) calendar days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Giles Samuel Lane and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten-thousand-dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: August 26, 2025

                                                   Andrea R. Wood
                                                   United States District Judge

**Dyson Technology Limited v. Dongguan Aerdu Technology Co., Ltd., et al. - Case No. 24-cv-07244**

Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aerdu.en.alibaba.com | Dongguan Aerdu Technology Co., Ltd. |
| 2 | DISMISSED | DISMISSED |
| 3 | DISMISSED | DISMISSED |
| 4 | DISMISSED | DISMISSED |
| 5 | btrbattery.en.alibaba.com | Shenzhen Baiterui Electronics Co., Ltd. |
| 6 | batelithium.en.alibaba.com | Shenzhen Battery Technology Co., Ltd. |
| 7 | biterson.en.alibaba.com | Shenzhen Biterson Electronics Co., Ltd. |
| 8 | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED |
| 10 | DISMISSED | DISMISSED |
| 11 | amazon.com/sp?seller=A3ODOCMRXD9HZ5 | A+power |
| 12 | amazon.com/sp?seller=AYHXTZ615CAMD | CS Battery |
| 13 | DISMISSED | DISMISSED |
| 14 | DISMISSED | DISMISSED |
| 15 | amazon.com/sp?seller=A2FY2TV6F0AMX8 | GUIKE US |
| 16 | DISMISSED | DISMISSED |
| 17 | amazon.com/sp?seller=AKVB6EMVT1BMN | HiHouse |
| 18 | DISMISSED | DISMISSED |
| 19 | amazon.com/sp?seller=A3KDOR5T6ACRCE | jtldc |
| 20 | amazon.com/sp?seller=A1TUDCL0RYNMS5 | LCShhop |
| 21 | DISMISSED | DISMISSED |
| 22 | DISMISSED | DISMISSED |
| 23 | DISMISSED | DISMISSED |
| 24 | amazon.com/sp?seller=A1GE2VN7EC7QI5 | Visit the Xinyimei Store |
| 25 | amazon.com/sp?seller=A2O0XEKTGRJLJX | XIangYuan |
| 26 | amazon.com/sp?seller=A19GTWXXQUDMLP | Xovkoues |
| 27 | DISMISSED | DISMISSED |
| 28 | DISMISSED | DISMISSED |
| 29 | amazon.com/sp?seller=A3RCUW0DO75O73 | zhazhao46 |
| 30 | amazon.com/sp?seller=A2EHK3ZK7VAKX2 | ZPL Direct |
| 31 | ebay.com/usr/foucsbattery | Batter Battery1 |
| 32 | ebay.com/usr/china2012 | Batteries Live |

| 33 | DISMISSED | DISMISSED |
|---|---|---|
| 34 | ebay.com/usr/cool-battery-parts | cool-battery-parts |
| 35 | DISMISSED | DISMISSED |
| 36 | ebay.com/usr/goovho_big | goovho_big |
| 37 | DISMISSED | DISMISSED |
| 38 | ebay.com/usr/techsolution81 | techsolution81 |
| 39 | ebay.com/usr/tuoffuy2075 | Tuoffuy2075 |
| 40 | ebay.com/usr/sonorous21 | vanyum_star2021 |
| 41 | DISMISSED | DISMISSED |
| 42 | walmart.com/seller/101237986 | Bangmi Technology Co. ltd |
| 43 | DISMISSED | DISMISSED |
| 44 | DISMISSED | DISMISSED |
| 45 | DISMISSED | DISMISSED |
| 46 | walmart.com/seller/101615196 | Ruiqize |
| 47 | DISMISSED | DISMISSED |
| 48 | DISMISSED | DISMISSED |